## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In Re:  
MICHELLE DENISE MCWILLIAMS  
5001 MOBILE HWY  
MONTGOMERY, AL 36108

Case No.16-31377-WRS  
Chapter 13

Debtor

---

## Order Releasing Wages

---

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

> KOCH FOODS OF ALABAMA LLC  
> ATTN PAYROLL  
> 1300 W HIGGINS RD STE 100  
> PARK RIDGE, IL  60068

The above employer is authorized to pay all future wages to the debtor.

Done this Tuesday, December 29, 2020.

*/s/ William R. Sawyer*  
William R. Sawyer  
United States Bankruptcy Judge

cc:  Michelle Denise Mcwilliams