IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>MICHELLE DENISE MCWILLIAMS<br><br><br><br><br>Debtor(s) | Case No. 16-31377-WRS<br>Chapter 13 |

### TRUSTEE'S NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS AT DOCKET # 46

    COMES NOW, the Trustee, and hereby gives notice of withdrawal of TRUSTEE'S MOTION TO DISMISS AT DOCKET # 46 previously filed in this case.

Respectfully submitted Wednesday, September 8, 2021.

                                                     Sabrina L. McKinney
                                                     Chapter 13 Standing Trustee


                                        By: /s/ *Sabrina L. McKinney*
                                                     Sabrina L. McKinney
                                                     Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.org

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing Notice of Withdrawal of TRUSTEE 'S MOTION TO DISMISS AT DOCKET # 46 on the parties listed below by placing the same in the United States Mail, postage prepaid and properly addressed, or by electronic mail with the court, Wednesday, September 8, 2021.

    /s/ *Sabrina L. McKinney*
    Sabrina L. McKinney
    Chapter 13 Standing Trustee

Copy to: MICHELLE DENISE MCWILLIAMS
         CHARLES E GRAINGER (via electronic filing)